# Court of Appeals
# of the State of Georgia

ATLANTA,  July 08, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2233.  MONIQUE JAMES v. AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC ISAOA.**

This case began as a dispossessory proceeding in magistrate court with the issuance of a writ of possession in favor of plaintiff American Homes 4 Rent Properties Eight, LLC ISAOA. Defendant Monique James appealed to state court. See OCGA § 15-10-41 (b) (1). Following a hearing, the state court ruled in favor of the plaintiff granting it a writ of possession. James then filed a "Notice of Appeal to Superior Court" seeking to appeal to that court. The superior court, however, dismissed James' appeal for lack of jurisdiction finding that pursuant OCGA § 5-6-34, the appeal was improper. James has now filed a timely notice of appeal from the superior court's ruling.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, James was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (1) and (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 07/08/2019
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*